UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PATRICIA PRATT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LVNV FUNDING, LLC, a Delaware Limited Liability Company, and SUTTELL & HAMMER, P.S., a Washington Corporation,<br><br>　　　　　Defendants. | Case No. 2:17-cv-00371-DCN<br><br>**ORDER OF DISMISSAL** |

Based upon the Plaintiff's Notice of Voluntary Dismissal (Dkt. 3), IT IS HEREBY ORDERED that:

1. This action is **DISMISSED WITH PREJUDICE**.

2. Each party will bear their own costs and attorney's fees.

DATED: November 6, 2017

_____
David C. Nye
U.S. District Court Judge

ORDER OF DISMISSAL - 1